1

2                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
3                                     AT TACOMA

4

5      UNITED STATES OF AMERICA,

                        Plaintiff,                CASE NO. CR11-5505BHS
6
                                                  ORDER
7             v.

8      REGINALD D. BALDWIN,

                        Defendant.
9

10          THIS MATTER came before the Court on February 3, 2015, for a supervised release

11    violation hearing.  At the hearing, the Court ordered the Defendant's release pending a hearing

12    on the violations on March 23, 2015, at 10:00 AM.

13          NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendant is released from

14    custody under the conditions of supervision previously imposed, as well as to enter into an anger

      management program as directed by the United States Probation Office.  Defendant is also
15
      ordered to appear for a Status Hearing before this Court on Tuesday, March 3, 2015, at
16
      11:00AM.
17
            Dated this 3rd day of February, 2015.
18

19

20                                                _____
                                                  BENJAMIN H. SETTLE
21                                                United States District Judge

22

ORDER - 1